**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Kyleton Craig Benally-George,<br><br>　　　　　　Defendant. | No. CR-14-8101-PCT-DJH<br><br><br>**DETENTION ORDER** |

On December 11, 2014, defendant, Kyleton Craig Benally-George, appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court. 18 U.S.C .§ 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

Dated this 12th day of December, 2014.

_____
David K. Duncan
United States Magistrate Judge